UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HALDUN AKKAYA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1182** |
| **UNITED STATES OF AMERICA** | **SECTION "L"(2)** |

# J U D G M E N T

The Court having orally denied petitioners' Petition for Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2241 as premature (Rec. Doc. No. 9); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the United States of America and against petitioners Haldun Akkaya, Warlito Tan, Manuel Baliad, II, Bienvenido Cabanayan, Jr., Gerone Bernabe, Nimuel Nalogon, and Louis Gonzaga dismissing without prejudice petitioners' Petition for Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

New Orleans, Louisiana, this   23rd   day of June, 2021.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**